**Order entered September 15, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00129-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BHAVESH G. PATEL, Appellee**

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MA18-35489-E**

### ORDER

Appellee's brief was received on July 29, 2020. Because it was late, the Court notified appellee by postcard dated August 8, 2020 and directed appellee to file a motion for extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d). To date, appellee has not responded. In the interest of expediting this appeal, we **ORDER** appellee's brief received on July 29, 2020 filed as of the date of this order.

We **DIRECT** the Clerk to set this appeal at issue.

/s/ BILL PEDERSEN, III
   JUSTICE